UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW TORO, on behalf of himself and all others similarly situated,

           Plaintiff,

-v-

BEALLS, INC.,

           Defendant.

CIVIL ACTION NO.: 23 Civ. 867 (JHR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

In light of their settlement (ECF No. 13), the parties shall file a stipulation of dismissal for the attention of the Honorable Jennifer H. Rearden by **July 5, 2023**. All current case deadlines are hereby stayed sine die.

Dated:     New York, New York
          May 5, 2023

SO ORDERED.

_/s/ Sarah L. Cave_
SARAH L. CAVE
**United States Magistrate Judge**