UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW TORO, on behalf of himself and all others similarly situated,

                Plaintiff,

-v-

BEALLS, INC.,

                Defendant.

CIVIL ACTION NO.: 23 Civ. 867 (JHR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

In light of the parties' settlement (ECF No. 13), the telephonic initial case management conference scheduled for June 5, 2023 (ECF No. 12) is hereby CANCELLED.

Dated:    New York, New York
             May 8, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**