UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW TORO, on behalf of himself and all others similarly situated,

        Plaintiff,

-v-

BEALLS, INC.,

        Defendant.

CIVIL ACTION NO.: 23 Civ. 867 (JHR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On May 5, 2023, the Court ordered the parties to file a stipulation of dismissal for the attention of the Honorable Jennifer H. Rearden. (ECF No. 14). To date, the parties have not filed the stipulation of dismissal as directed. As a one-time courtesy, the Court sua sponte extends to **July 10, 2023** the parties' deadline to do so.

Dated:     New York, New York
            July 6, 2023

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**